IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| REIDIE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-078-D |
| | § | |
| RAY CRUZ, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, the November 14, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's December 11, 2018 objections, the court concludes that the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is therefore adopted, and this suit is dismissed without prejudice under 28 U.S.C. § 1915(g). This dismissal is without prejudice to plaintiff's right to reopen the case if he pays the $400.00 filing and administrative fees and files a motion to reopen within 30 days of the date the judgment is filed.

**SO ORDERED**.\

January 8, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE